TO: Clerk, United States District Court
of South Carolina.

Please Help Me,
   All My Civil Rights Are being Violated.
✳ All started on Tuesday 11-9-21.
I've Been held in Spartanburg County Without
Bond or oppertunity for Bond. No Proper
Legal Representation on 13 Warrants - Never
Executed or Served any of the 13 very vague
Warrants. (Booking Video proves This Fact).

I'm a victim of Excessive Force and
Brutality by 7 Spartanburg County Deputies.

There's a Huge Cover up of these Facts.
Over 10 Body and Dash Cams prove my Claims.
As well as 2 TW The S.C. Highway Patrol's Presence.
and 2 included Reports.

Please Invoke The Proper Authorities To Help...
I declare under the penalty of Perjury that all the
foregoing is True and Correct.

Timothy Wayne Dillards    Thurs. 7-21-22

~~Thurs. 7-22~~ Thursday 7-21-22

Timothy Wayne Wilbanks 400318
Spartanburg, County Detention Center
950 California Ave. Pod 3-40
Spartanburg, S.C. 29303

※ Please Help uncover this whole ordeal, Please...

*Actually a finding of Justice and malicious deadly unreasonable Brute Force. Felony Crimes committed against suspect (Wilbanks)*

*This Report was Hand Delivered By J. Cox of Jail Staff on Mon. 6-13-22 Around lunch time.*

June 13, 2022

RE: COMPLAINT OF TIMOTHY WAYNE WILBANKS
INCIDENT DATE: NOVEMBER 10, 2021
INCIDENT TYPE: VEHICLE PURSUIT FOLLOWING ARMED ROBBERY
INVESTIGATED BY: CHIEF DEPUTY WILLIAM PARRIS

I have reviewed the information supplied by Timothy Wilbanks related to the complaint of excessive force and other issues described in his Inmate Request statements. I find the following facts from the BWC footage of the Deputies involved.

Wilbanks alleges that he was held face down in the middle of the road and beaten unconscious by Deputy Harakas. This is not true and verified by the BWC footage. Deputy Harakas did perform a take-down causing both Wilbanks and Harakas to fall onto the pavement Wilbanks was never unconscious at any point upon being taken into custody.

Wilbanks was tased while unconscious, unarmed, and fully complying, not resisting at all. Wilbanks was tased due to not following commands to comply and at that point it was unclear if he was armed or not. He had allegedly just committed an Armed Robbery.

Wilbanks had fled in his vehicle twice during this incident and only stopped due to a collision with the median cable going completely thru it into the oncoming lanes of traffic on the interstate.

There was no indication that a News helicopter was overhead as it cannot be heard on any of the BWC footage so this information is unverified.

The Spillman reports shows that 12 warrants were served on Wilbanks for various alleged crimes.
*Never Served or Executed*

A pistol and cash was discovered in plain sight in the vehicle that Wilbanks fled from L/E in.

There were several deputies at the scene of the arrest but BWC footage shows only 4 hands-on while attempting to take him into custody. Wilbanks was transported to SRMC following his arrest due to being involved in the MVA and Taser deployment. His mug shot does not show indications of being beaten.
The allegations of Excessive Force are not true and conclude the Internal Affairs Investigation into this matter.

**Booking Video Footage Reveals the Truth*
*Never Served or Executed as matter of Law*

## Supplement Harakas N

SUPPLEMENTAL REPORT:

On November 9th, 2021, I responded to 7558 Asheville Hwy. (Pure Gas Station), located in Spartanburg County, in reference to an armed robbery.

Upon my arrival, I was notified by Deputy Stevenson (E-03), the suspect fled the scene. Shortly after, it was discovered the suspect fled the scene in a red SUV. While on scene, Deputy Evangelista advised Sgt. Knisely (B-04), was currently pursuing the suspect vehicle. The vehicle in question was a late model, red, Dodge Durango. Sgt. Knisely then stated he lost the vehicle on I-26 at New Cut Rd. Given this, I deactivated all of my emergency equipment and began to canvas the area. As I approached the intersection of New Cut Rd. and Fairforest Rd., Deputy Miller (K-10) advised he had the suspect vehicle at Fairforest Rd. and Business 85. I then began to respond to Deputy Miller's location.

As I approached Deputy Miller's location, he advised he was pursuing the suspect. As I crossed the bridge on Fairforest Rd. and Business 85, I advised I was the secondary unit in the pursuit. We then continued down Fairforest Rd. at approximately 65 miles per hour. The weather was clear, roads were dry, and traffic was light. Upon approaching the intersection of Fairforest Rd. and North Blackstock Rd., the suspect made a right turn onto North Blackstock Rd. and continued on North Blackstock Rd. As we traveled down North Blackstock Rd. speeds reached 70 miles per hour, traffic was light, and the roads were clear. We crossed over Falling Creek Rd. at North Blackstock Rd. and continued on North Blackstock Rd. The suspect then made a left turn on to the on ramp to I-85 Business South bound. As he began to enter on to the interstate, he lost control of his vehicle. He proceeded to collide with the cable barriers in the center of I-85 Business. The suspect vehicle then came to a rest on the North bound side of I-85 Business. At this point, Deputy Evangelista and myself, exited my patrol vehicle and drew our Sheriff's Office issued Glock 22 firearms. We then began to close the distance between ourselves and the suspect vehicle. As I approached the suspect vehicle, I began to give the driver verbal commands to place his hands in the air. I then advised him to lay on the ground multiple times, to which he would not comply. He then began to back away from the vehicle. In an attempt to keep the suspect from fleeing, I advised Deputy Evangelista to provide cover. I then maneuvered to the suspect and forcibly placed him on the ground. Once on the ground, I advised him multiple times to place his hands behind his back. He then attempted to roll to his back and push officers off of him, while stating he was not resisting. While saying this, he continuously failed to comply with commands given.

He then began to tuck his hands to his body, in what appeared to be an attempt to restrict officers from securing his hands. Furthermore, he was last known to be in possession of a firearm during the robbery of the Pure gas station on Asheville Hwy. and Brown St. Given this, I closed fist struck him in the left cheek multiple times. He continued to resist and would not comply with orders being given. Given this, I drew my Sheriff's Office issued Taser X26P (S/N: X1200D37M) and advised all parties on scene, I would be deploying it. I then aimed my Taser at the suspects middle back and gave three verbal commands of "Taser." After the third command, I deployed my Taser on the suspect. However, during the incident, the battery compartment to my Taser was compromised. This caused the taser to discharge into the suspect and myself simultaneously. However, the affect of the Taser was positive and Deputy Evangelista, Deputy Miller, and Deputy Pretlove, secured the suspect into handcuffs.

[Handwritten margin notes: "Victim + 911 says left walking. The Black man"]

[Handwritten stamp: 11/19/21]